# UNITED STATES DISTRICT COURT
## Middle District of North Carolina

| | | |
|---|---|---|
| JAMES M HUGHES,<br>Plaintiff, | )<br>)<br>) | |
| v | ) | #1 05CV610 |
| U S DEPT OF HOUSING AND<br>DEVELOPMENT,<br>Defendant | )<br>)<br>)<br>)<br>) | |

FILED AUG 24 2005

## J-U-D-G-M-E-N-T

On July 11, 2005, the Magistrate Judge entered a Recommendation that Plaintiff's complaint be dismissed. The Recommendation noted that Plaintiff had failed to exhaust administrative remedies, a prerequisite to filing a judicial action. In an apparent response to the Recommendation, Plaintiff has filed with the clerk a letter (docket no 6) which the Court interprets as agreeing with the Recommendation. Specifically, Plaintiff's letter states that he is "withdrawing [his] complaint and will pursue the appeals process with HUD."

The court hereby adopts the Magistrate Judge's Recommendation.

**IT IS THEREFORE ORDERED AND ADJUDGED** that Plaintiff's complaint be and the same hereby is, **DISMISSED** without prejudice.

DATE August 24, 2005

UNITED STATES DISTRICT JUDGE